# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JUSTIN SHANE STATON**  **PLAINTIFF**
**ADC #163883**

v.  Case No: 4:23-cv-00422-LPR

**JEREMY WILLIAMS, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 41) and the Plaintiff's Objections (Doc. 42). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Defendants' Motion for Summary Judgment (Doc. 32) is GRANTED. Plaintiff's claims are DISMISSED without prejudice based on his failure to fully exhaust his administrative remedies. Plaintiff's Motion to Stay (Doc. 43) is DENIED as moot. The Clerk is instructed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 5th day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE